1  LATHAM & WATKINS LLP
      Kenneth M. Fitzgerald (Bar No. 142505)
2     *kenneth.fitzgerald@lw.com*
   600 West Broadway, Suite 1800
3  San Diego, California 92101
   Telephone: (619) 236-1234
4  Facsimile:  (619) 696-7419

5     James L. Day (Bar No. 197158)
      *jim.day@lw.com*
6     Tienlon Ho (Bar No. 240997)
      *tienlon.ho@lw.com*
7  505 Montgomery Street, Suite 2000
   San Francisco, California 94111
8  Telephone: (415) 391-0600
   Facsimile:  (415) 395-8095
9
   Attorneys for Plaintiff
10 GOCLEAR LLC

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 GOCLEAR LLC, a California limited         CASE NO. cv-08-2134
   liability company,
14                                           **CERTIFICATION OF INTERESTED
                   Plaintiff,                ENTITIES OR PERSONS**
15
         v.
16
   TARGET CORPORATION, a Minnesota
17 corporation,

18                 Defendant.

19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                                          CERTIFICATION
                                             OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations), or other entities (i) have a financial interest in the subject matter in controversy or
4  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
5  party that could be substantially affected by the outcome of this proceeding:  Alan R Gottlieb,
6  MD, MPH, the managing member of GoClear LLC, a California limited liability company.

7  Dated: April 24, 2008                    LATHAM & WATKINS LLP

                                            By: _____
                                            James L. Day
                                            Attorneys for Plaintiff
                                            GOCLEAR LLC