

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

GOCLEAR LLC, a California limited liability company,

      Plaintiff,

        V.

TARGET CORPORATION, a Minnesota corporation,

      Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 2134 JCS**

TO: (Name and address of defendant)
TARGET CORPORATION, 1000 NICOLLET MALL TPN-0945, MINNEAPOLIS, MN 55403

Agent for Service of Process:
C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James L. Day, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 2 4 2008

Richard W. Wieking
CLERK

DATE

Helen L. Almacen

(BY) DEPUTY CLERK

NDCAO440

| Attorney or Party without Attorney:<br>KENNETH M. FITZGERALD, ESQ., Bar #142505<br>LATHAM & WATKINS LLP<br>600 WEST BROADWAY<br>SUITE 1800<br>SAN DIEGO, CA 92101<br>Telephone No: 619-236-1234   FAX No: 619-696-7419 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: GOCLEAR LLC, ETC. |
| Defendant: TARGET CORPORATION, ETC. |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082134 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:   TARGET CORPORATION, A MINNESOTA CORPORATION
   b. Person served:  MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   818 WEST SEVENTH ST.
   2ND FLOOR
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 8:30AM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                  d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**              e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                                (i)   Independent Contractor
      LOS ANGELES, CA 90071                               (ii)  Registration No.: 5141
   c. 213-250-1111                                        (iii) County:           Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Apr. 28, 2008

   Judicial Council Form                PROOF OF SERVICE                (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                          *4077528.kenfi.128955*