UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>TARGET CORPORATION, a Minnesota corporation,<br><br>　　　　　Defendant(s). / | No. C 08-02134 JCS  May 13, 2008<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 13, 2008　　　　　　　　　　Signature /s/ James L. Day

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff GoClear LLC
　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")