1  JAMES L. DAY (CA SBN 197158)
   Jim.Day@lw.com
2  LATHAM & WATKINS LLP
   505 Montgomery Street
3  Suite 2000
   San Francisco, California  94111-6538
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5
   ATTORNEY FOR PLAINTIFF
6  GOCLEAR, LLC

7  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
8  KIMBERLY L. TAYLOR (CA SBN 240483)
   KTaylor@mofo.com
9  MORRISON & FOERSTER LLP
   425 Market Street
10 San Francisco, California  94105-2482
   Telephone: (415) 268-7000
11 Facsimile: (415) 268-7522

12 ATTORNEYS FOR DEFENDANT
   TARGET CORPORATION
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No. C 08-02134 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C 08-02134 (MMC)

P:\35359\0000227\E-filing\Stipulation to Continue Case Management Conference.DOC

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff GoClear LLC and Defendant Target
Corporation, through their counsel, submit the following stipulation and [proposed] order
continuing the case management conference currently set for August 22, 2008 to August 29, 2008
or at such other time that the Court deems appropriate.

The parties respectfully submit this request to continue the case management conference
by one week because counsel for Defendant has previously scheduled travel plans to be out of the
country on August 22, 2008.  Counsel for Plaintiff has agreed that the initial case management
conference may be postponed by one week to August 29, 2008.

The parties further propose that, pursuant to the timeline in the Court's order that a joint
case management statement is to be filed "[n]ot less than seven days before the conference," the
case management conference statement will be due on or before August 22, 2008.

This request would not change any other aspects of the case schedule.  The parties have
not previously requested an extension of time in this case.

SO STIPULATED:

Dated:    May 29, 2008            JAMES L. DAY
                                  LATHAM & WATKINS LLP


                                  By:  /s/ James L. Day
                                       James L. Day

                                       ATTORNEY FOR PLAINTIFF
                                       GOCLEAR, LLC


Dated:    May 29, 2008            JENNIFER LEE TAYLOR
                                  KIMBERLY L. TAYLOR
                                  MORRISON & FOERSTER LLP


                                  By:  /s/ Jennifer Lee Taylor
                                       Jennifer Lee Taylor

                                       ATTORNEYS FOR DEFENDANT
                                       TARGET CORPORATION

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE         1
Case No. C 08-02134 (MMC)

P:\35359\0000227\E-filing\Stipulation to Continue Case Management Conference.DOC

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the case management conference scheduled for August 22, 2008, shall be continued to August 29, 2008. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___June 2_____, 2008          _____
                                         The Honorable Maxine Chesney
                                         United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that James L. Day, attorney for Plaintiff, has concurred in this filing.

Dated: May 29, 2008                       MORRISON & FOERSTER LLP

                                          By:    /s/Jennifer Lee Taylor
                                                 Jennifer Lee Taylor

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE        2
Case No. C 08-02134 (MMC)

P:\35359\0000227\E-filing\Stipulation to Continue Case Management Conference.DOC