1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  KIMBERLY L. TAYLOR (CA SBN 240483)
   KTaylor@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
7  TARGET CORPORATION

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11

12 | GOCLEAR LLC, a California limited liability company, | Case No.   C-08-02134 (MMC) |
13 |  |  |
14 | Plaintiff, | **DEFENDANT TARGET CORPORATION'S** |
15 | v. | **CERTIFICATE OF INTERESTED ENTITIES** |
16 | TARGET CORPORATION, a Minnesota corporation, |  |
17 | Defendant. |  |

CERTIFICATE OF INTERESTED ENTITIES
 Case No. C-08-02134 (MMC)
sf-2548009

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

>  Target Brands, Inc.
>  1000 Nicollet Mall TPN-0945
>  Minneapolis, MN  55403

Target Brands, Inc., a wholly owned subsidiary of Target Corporation, is the owner of the CLEARRX and CLEAR X trademarks, and the pending applications for those trademarks, and licenses use of those marks to Target Corporation, defendant in this action.

Dated: July 18, 2008

JENNIFER LEE TAYLOR
KIMBERLY L. TAYLOR
MORRISON & FOERSTER LLP

By: /s/ Jennifer Lee Taylor
        Jennifer Lee Taylor

Attorneys for Defendant
TARGET CORPORATION

CERTIFICATE OF INTERESTED ENTITIES
 Case No. C-08-02134 (MMC)
sf-2548009

1