Case 3:08-cv-02134-MMC    Document 18    Filed 08/06/2008    Page 1 of 2



| | |
|---|---|
| LATHAM & WATKINS LLP<br>Matthew W. Walch<br>*matthew.walch@lw.com*<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7603<br>Facsimile: (312) 993-9767 | FILED<br><br>08 AUG -6 PM 4: 07<br><br>CLERK, U.S. DISTRICT COURT<br>NTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>　　　　Defendant. | CASE NO. CV 08-02134 MMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Matthew W. Walch, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing GoClear LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-

LATHAM&WATKINS<sup>LLP</sup><br>ATTORNEYS AT LAW<br>SAN FRANCISCO

*PRO HAC VICE APPLICATION*<br>Case No. CV 08-02134 MMC

1  counsel in the above-entitled action. The names, addresses and telephone numbers
2  of those attorneys are:

3  Kenneth M. Fitzgerald (Bar No. 142505)
   *kenneth.fitzgerald@lw.com*
4  600 West Broadway, Suite 1800
   San Diego, California 92101
5  Telephone:  (619) 236-1234
   Facsimile:  (619) 696-7419
6
   James L. Day (Bar No. 197158)
7  *jim.day@lw.com*
   Tienlon Ho (Bar No. 240997)
8  *tienlon.ho@lw.com*
   505 Montgomery Street, Suite 2000
9  San Francisco, California 94111
   Telephone:  (415) 391-0600
10 Facsimile:  (415) 395-8095

11
   I declare under penalty of perjury that the foregoing is true and correct.
12

13
   Dated: August 4, 2008                        Respectfully submitted,
14

15

16                                              By: /s/ Matthew W. Walch

17                                              Matthew W. Walch
                                                LATHAM & WATKINS LLP
18

19

20

21

22

23

24

25

26

27

28



| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LATHAM & WATKINS LLP<br>Matthew W. Walch<br>*matthew.walch@lw.com*<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7603<br>Facsimile:  (312) 993-9767 |

FILED

08 AUG -6 PM 4: 07

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>    Defendant. | CASE NO. CV 08-02134 MMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Matthew W. Walch, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing GoClear LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-

counsel in the above-entitled action. The names, addresses and telephone numbers of those attorneys are:

> Kenneth M. Fitzgerald (Bar No. 142505)
> *kenneth.fitzgerald@lw.com*
> 600 West Broadway, Suite 1800
> San Diego, California 92101
> Telephone:     (619) 236-1234
> Facsimile:      (619) 696-7419
>
> James L. Day (Bar No. 197158)
> *jim.day@lw.com*
> Tienlon Ho (Bar No. 240997)
> *tienlon.ho@lw.com*
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111
> Telephone:     (415) 391-0600
> Facsimile:      (415) 395-8095

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2008                              Respectfully submitted,

By: _/s/ Matthew Walch_____
Matthew W. Walch
LATHAM & WATKINS LLP

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

*PRO HAC VICE APPLICATION*
Case No. CV 08-02134 MMC