# E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>Defendant. | CASE NO. CV 08-02134 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

    Pursuant to Civil L.R. 11-3, Matthew W. Walch, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing GoClear LLC in the above-entitled action.

    Matthew W. Walch, an active member in good standing of the bar of the State of Illinois and whose business address and telephone number is Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606, (312) 876-7603, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GoClear LLC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1  contained in General Order No. 45, *Electronic Case Filing*.

2

3  Dated: July _____, 2008

                                                                          Hon. Maxine M. Chesney
                                                                          United States District Judge

4  AUG 1 8 2008

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28