CIVIL MINUTES

E-filing

Judge MAXINE M. CHESNEY

Date: AUG 29 2008

C- 08-2134 -MMC

Go Clear LLC _____ v _____ Target Corporation

Attorneys: James Day _____ Jennifer Taylor
_____ Kimberly Taylor

Deputy Clerk: TRACY LUCERO      Reporter: Not Reported

PROCEEDINGS:                                   RULING:

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

ORDERED AFTER HEARING:

Dispositive motion filing deadline is 5/29/09. Meet & confer by 7/13/09. Joint statement due by 5/29/09.

(✓) ORDER TO BE PREPARED BY:   Plntf___   Deft___   Court ✓

(✓) Referred to ~~Magistrate~~ For: Private mediation by agreement of the parties
     (✓) By Court
(✓) CASE CONTINUED TO 6/5/09 @ 10:30 for Further Status Conference

Discovery Cut-Off 3/20/09                Expert Discovery Cut-Off 5/15/09

π/Δ ~~Plntf~~ to Name Experts by 4/10/09     π/Δ Rebuttal ~~Deft~~ to Name Experts by 4/24/09

P/T Conference Date 8/18/09 @ 3:00   Trial Date 8/31/09 @ 9:00   Set for 6 days
Type of Trial: (✓) Jury   ( ) Court

Notes: _____

cc: ADR (45 min)