1    KENNETH M. FITZGERALD (CA SBN 142505)
     kenneth.fitzgerald@lw.com
2    LATHAM & WATKINS LLP
     600 West Broadway, Suite 1800
3    San Diego, California  92101
     Telephone: (619) 236-1234
4    Facsimile: (619) 696-7419

5    JAMES L. DAY (CA SBN 197158)
     Jim.Day@lw.com
6    TIENLON HO (CA SBN 240997)
     tienlon.ho@lw.com
7    LATHAM & WATKINS LLP
     505 Montgomery Street, Suite 2000
8    San Francisco, California  94111-6538
     Telephone: (415) 391-0600
9    Facsimile: (415) 395-8095

10   MATTHEW W. WALCH (admitted pro hac vice)
     matthew.walch@lw.com
11   LATHAM & WATKINS LLP
     Sears Tower, 233 South Wacker Drive, Suite 5800
12   Chicago, Illinois  60606
     Telephone: (312) 876-7603
13   Facsimile: (312) 993.9767
     Attorneys For Plaintiff GOCLEAR, LLC
14
     JENNIFER LEE TAYLOR (CA SBN 161368)
15   JTaylor@mofo.com
     KIMBERLY L. TAYLOR (CA SBN 240483)
16   KTaylor@mofo.com
     MORRISON & FOERSTER LLP
17   425 Market Street
     San Francisco, California  94105-2482
18   Telephone: (415) 268-7000
     Facsimile: (415) 268-7522
19   Attorneys For Defendant TARGET CORPORATION

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22

23   GOCLEAR LLC, a California limited liability        Case No. C 08-02134 (MMC)
     company,
24                                                      **STIPULATION AND [PROPOSED]**
                          Plaintiff,                    **ORDER TO MODIFY DISCOVERY**
25                                                      **SCHEDULE**
               v.
26
     TARGET CORPORATION, a Minnesota
27   corporation,
                          Defendant.
28
     ─────────────────────────────────────
     STIPULATION TO MODIFY DISCOVERY SCHEDULE
     Case No. C 08-02134 (MMC)

     sf-2577905

1    Pursuant to Local Rules 6-2 and 7-12, plaintiff GoClear LLC ("GoClear") and defendant

2    Target Corporation ("Target"), through their counsel, submit the following stipulation and

3    [proposed] order modifying the discovery schedule in the above-captioned case.

4    The parties have met and conferred and have agreed to conduct certain discovery in an

5    initial phase before proceeding to full discovery.  The initial phase will include discovery on

6    priority issues, which are discussed in Target's portion of Section 4 of the Joint Case

7    Management Conference Statement.

8    The parties note that GoClear has already served on Target a first Request for the

9    Production of Documents and Things, and that GoClear has requested third-party depositions

10   from Biome International, which has information relevant to Target's claim to prior rights in the

11   CLEAR X mark for acne preparations.  The parties agree to promptly propound any additional

12   discovery they believe is relevant to the issue of priority to allow Target to file a motion for

13   summary judgment on the issue of priority on the schedule set forth below.  Discovery on other

14   topics may be served at any time, but responses will only come due pursuant to the following

15   schedule:

16   **Deadline to produce Rule 26(a)(1) documents related to priority issues:**

17   September 26, 2008

18   **Target to file motion for summary judgment:**  November 14, 2008 with the motion set

19   for hearing on December 19, 2008

20   **Discovery responses related to non-priority issues:**  Parties will serve written discovery

21   responses and initial documents related to non-priority issues (including documents required by

22   Rule 26(a)(1) and documents in response to Rule 34 requests) 28 days after the hearing on

23   Target's motion for summary judgment on the issue of priority.[1]  This stipulation will not affect

24   

25   [1] To the extent that discovery responses on non-priority issues would otherwise be due
more than 28 days after the hearing date on Target's motion for summary judgment on the issue

26   of priority, the parties agree that this stipulation does not modify those deadlines.  This stipulation
is not intended to shorten the time that either party otherwise has under the Federal Rules of Civil

27   Procedure to respond to discovery related to non-priority issues.

28   

STIPULATION TO MODIFY DISCOVERY SCHEDULE                                                                 1
Case No. C 08-02134 (MMC)

sf-2577905

1  the parties' right to produce additional responsive documents as they are identified and prepared

2  for production.  This stipulation will not affect the scope of discovery that may be sought by

3  either party following the initial phase of discovery focused on priority issues.

4       This stipulation does not modify any of the deadlines in the Civil Minutes entered by this

5  Court on August 29, 2008 and the Pretrial Preparation Order entered by this Court on September

6  2, 2008.

7       SO STIPULATED:

8  Dated:  September 24, 2008             JAMES L. DAY
                                          LATHAM & WATKINS LLP
9

10                                        By:  /s/ James L. Day
11                                             James L. Day

12                                        ATTORNEY FOR PLAINTIFF
                                          GOCLEAR, LLC
13

14  Dated:  September 24, 2008            JENNIFER LEE TAYLOR
                                          KIMBERLY L. TAYLOR
15                                        MORRISON & FOERSTER LLP

16

17                                        By:  /s/ Jennifer Lee Taylor
18                                             Jennifer Lee Taylor

19                                        ATTORNEYS FOR DEFENDANT
                                          TARGET CORPORATION

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY DISCOVERY SCHEDULE                                    2
Case No. C 08-02134 (MMC)

sf-2577905

1

**ORDER**

2          Pursuant to the parties' stipulation, and good cause appearing, the discovery schedule is

3    amended as set forth above.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated:  September 25      , 2008                    _____

6                                                                 The Honorable Maxine Chesney
                                                                   United States District Judge
7

8                        **GENERAL ORDER 45 ATTESTATION**

9          I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this

10   Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with

11   General Order 45, X.B., I hereby attest that James L. Day, attorney for Plaintiff, has concurred in

12   this filing.

13   Dated:   September 24, 2008                    MORRISON & FOERSTER LLP

14

15                                           By:        /s/Jennifer Lee Taylor

16                                                         Jennifer Lee Taylor

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY DISCOVERY SCHEDULE                                3
Case No. C 08-02134 (MMC)

sf-2577905