RECEIVED
NOV 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOCLEAR LLC, a California limited liability company,

    Plaintiff,

vs.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

Civil No. 08-2134

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Timothy J. Cruz, an active member in good standing of the bar of the District of Minnesota, whose business address and telephone number is

    Timothy J. Cruz
    Faegre & Benson LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-3901
    612-766-7000
    TCruz@faegre.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant TARGET CORPORATION;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice.* Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: November 17, 2008

*[signature]*
Honorable Maxine M. Chesney
United States District Judge

fb.us.3375062.01