1  MORRISON & FOERSTER LLP
     Jennifer Lee Taylor (Bar No. 161368)
2    *JTaylor@mofo.com*
     Kimberly L. Taylor (Bar No. 240483)
3    *KTaylor@mofo.com*
   425 Market Street
4  San Francisco, California 94105
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Defendant
   TARGET CORPORATION
7
   LATHAM & WATKINS LLP
8    Kenneth M. Fitzgerald (Bar No. 142505)
     *kenneth.fitzgerald@lw.com*
9  600 West Broadway, Suite 1800
   San Diego, California 92101
10 Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
11
     James L. Day (Bar No. 197158)
12   *jim.day@lw.com*
     Tienlon Ho (Bar No. 240997)
13   *tienlon.ho@lw.com*
     Kateryna L. Rakowsky (Bar No. 246248)
14   *kateryna.rakowsky@lw.com*
   505 Montgomery Street, Suite 2000
15 San Francisco, California 94111
   Telephone: (415) 391-0600
16 Facsimile: (415) 395-8095

17 Attorneys for Plaintiff
   GOCLEAR LLC
18

                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company, | CASE NO. CV 08-02134 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOCLEAR LLC TO FILE A REPLY IN SUPPORT OF ITS SUMMARY JUDGMENT MOTION** |
| v. | |
| TARGET CORPORATION, a Minnesota corporation, | AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO JANUARY 16, 2009 |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
Case No. CV 08-02134 MMC

Plaintiff GoClear LLC ("GoClear") and defendant Target Corporation ("Target") enter into this Stipulation by and through their undersigned counsel.

WHEREAS, GoClear filed, on December 2, 2008, a motion for summary judgment with the hearing scheduled for January 9, 2009;

WHEREAS, Target filed its opposition to GoClear's motion on December 19, 2008;

WHEREAS, pursuant to Civil Local Rule 7-3(c), the deadline for GoClear to file a reply in support of its motion was originally December 26, 2008;

WHEREAS, counsel for GoClear recently learned that the Court will be closed on December 26, 2008, resulting in new deadline for the reply of December 24, 2008;

WHEREAS, Target agrees that GoClear may have until December 29, 2008 to file and serve its reply brief;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. GoClear will have until and including December 29, 2008 to file its reply in support of its motion for summary judgment.

2. Other deadlines will remain unchanged.

IT IS SO STIPULATED

Dated: December 22, 2008          LATHAM & WATKINS LLP

                                  By: /s/
                                  James L. Day
                                  Attorneys for Plaintiff
                                  GoClear LLC

Dated December 22, 2008           MORRISON & FOERSTER LLP

                                  By: /s/
                                  Jennifer Lee Taylor
                                  Attorneys for Defendant
                                  Target Corporation

Pursuant to Northern Dist. General Order 45-X(B), I attest that concurrence in the filing of this document has been obtained from the individuals identified above.

                                  /s/
                                  Kateryna L. Rakowsky

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the hearing on plaintiff's
motion is CONTINUED to January 16, 2009.

3

Date : December 23, 2008              _____
4                                      The Honorable Maxine M. Chesney