IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION,<br><br>    Defendant | No. C 08-2134 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF** |

    Before the Court is the Supplemental Declaration of Timothy J. Cruz, filed January 5, 2009 on behalf of defendant, in response to plaintiff's "Administrative Request to File Under Seal Select Exhibits to the Declaration of Tienlon Ho in Support of Plaintiff GoClear LLC's Motion for Summary Judgment," filed December 2, 2008.  Having read and considered the Supplemental Declaration, the Court rules as follows:

    1.  Because defendant has demonstrated that portions of Exhibits 1, 3, and 27 to the Declaration of Tienlon Ho contain material properly filed under seal, (see Cruz Decl. ¶¶ 6-8), plaintiff's motion is hereby GRANTED to the extent plaintiff seeks to file portions of those exhibits under seal.  The Clerk is hereby DIRECTED to file under seal redacted versions of such exhibits, as well as the unredacted version of plaintiff's Notice of Motion and Motion for Summary Judgment, in which reference to the content of such exhibits is made.

2. To the extent plaintiff seeks leave to file additional exhibits under seal, as well as the entirety of Exhibits 1, 3 and 27, plaintiff's motion is hereby DENIED, for the reason defendant has withdrawn its prior designation of confidentiality as to such material. (<u>See</u> Cruz Decl. ¶ 9.) Plaintiff is hereby DIRECTED to file in the public record, no later than January 16, 2009, the following exhibits:

      a. Exhibits 2, 24, 25, 26, 29, 30, 31, 36, 42, 49, and 53; and

      b. the portions of Exhibit 1, 3, and 27 as to which defendant has withdrawn its designation of confidentiality.

**IT IS SO ORDERED**.

Dated: January 12, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge