IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant<br>_____/ | No. C-08-2134 MMC<br><br>**ORDER VACATING JANUARY 16, 2009 HEARING** |

　　　Before the Court is plaintiff GoClear LLC's Motion for Summary Judgment, filed December 2, 2008. Defendant Target Corporation has filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' submissions, and VACATES the hearing scheduled for January 16, 2009.

　　　**IT IS SO ORDERED.**

Dated: January 14, 2009

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge