1  KENNETH M. FITZGERALD (CA SBN 142505)
   kenneth.fitzgerald@lw.com
2  LATHAM & WATKINS LLP
3  600 West Broadway, Suite 1800
   San Diego, California 92101
4  Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
5
   JAMES L. DAY (CA SBN 197158)
6  Jim.Day@lw.com
   TIENLON HO (CA SBN 240997)
7  Tienlon.Ho@lw.com
   LATHAM & WATKINS LLP
8  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
9  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
10
   JENNIFER LEE TAYLOR (CA SBN 161368)
11 JTaylor@mofo.com
   KIMBERLY L. TAYLOR (CA SBN 240483)
12 KTaylor@mofo.com
   MORRISON & FOERSTER LLP
13 425 Market Street
   San Francisco, California  94105-2482
14 Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
15 Attorneys For Defendant TARGET CORPORATION

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 | GOCLEAR LLC, a California limited liability company, | Case No. C 08-02134 (MMC)
20 | | **STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE**
21 | Plaintiff, |
22 | v. |
23 | TARGET CORPORATION, a Minnesota corporation, |
   | Defendant. |

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE
Case No. C 08-02134 (MMC)

sf-2643064

Case 3:08-cv-02134-MMC   Document 59   Filed 02/18/09   Page 2 of 3

1  Pursuant to Local Rules 6-2 and 7-12, plaintiff GoClear LLC ("GoClear") and defendant
2  Target Corporation ("Target"), through their counsel, submit the following stipulation and
3  proposed order modifying the schedule in the above-captioned case.
4  The parties have met and conferred and have agreed to the following schedule so that the
5  parties can focus their efforts on the parties' mediation scheduled for March 17, 2009.
6  The parties agree and hereby stipulate to the following proposed case schedule:
7  The non-expert discovery cutoff previously scheduled for March 20, 2009 will now be
8  scheduled for April 17, 2009.
9  The designation of the parties' experts and opening reports previously scheduled for
10  April 10, 2009 will now be scheduled for May 1, 2009.
11  The deadline for rebuttal expert reports previously scheduled for April 24, 2009 will now
12  be scheduled for May 15, 2009.
13  The expert discovery cutoff previously scheduled for May 15, 2009 will now be scheduled
14  for May 29, 2009.
15  The dispositive motion deadline previously scheduled for May 29, 2009 will now be
16  scheduled for June 5, 2009.
17  The trial date will remain August 31, 2009.
18  SO STIPULATED:

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE          1
Case No. C 08-02134 (MMC)

sf-2643064

Dated: February 13, 2009      JAMES L. DAY
                                                      LATHAM & WATKINS LLP

By: /s/ James L. Day
      James L. Day

ATTORNEY FOR PLAINTIFF
GOCLEAR, LLC

Dated: February 13, 2009      JENNIFER LEE TAYLOR
                                                      MORRISON & FOERSTER LLP

By: /s/ Jennifer Lee Taylor
      Jennifer Lee Taylor

ATTORNEY FOR DEFENDANT
TARGET CORPORATION

**GENERAL ORDER 45 ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Modify Schedule in the above-captioned matter.  In compliance with General Order 45, X.B., I hereby attest that James L. Day, attorney for Plaintiff, has concurred in this filing.

Dated: February 13, 2009      MORRISON & FOERSTER LLP

By:      /s/ Jennifer Lee Taylor
         Jennifer Lee Taylor

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the schedule is amended as set forth above.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 18, 2009      _____
                                                      The Honorable Maxine Chesney
                                                      United States District Judge