1  LATHAM & WATKINS LLP
      Kenneth M. Fitzgerald (Bar No. 142505)
2       *kenneth.fitzgerald@lw.com*
   600 West Broadway, Suite 1800
3  San Diego, California  92101
   Telephone:  (619) 236-1234
4  Facsimile:   (619) 696-7419

5      James L. Day (Bar No. 197158)
        *jim.day@lw.com*
6      Tienlon Ho (Bar No. 240997)
        *tienlon.ho@lw.com*
7  505 Montgomery Street, Suite 2000
   San Francisco, California  94111
8  Telephone:  (415) 391-0600
   Facsimile:   (415) 395-8095
9
   Attorneys for Plaintiff
10 GOCLEAR LLC

11 MORRISON & FOERSTER LLP
      Jennifer Lee Taylor (Bar No. 161368)
12     *JTaylor@mofo.com*
      Kimberly L. Taylor (Bar No. 240483)
13     *KTaylor@mofo.com*
   425 Market Street
14 San Francisco, California 94105
   Telephone:  (415) 268-7000
15 Facsimile:  (415) 268-7522

16 Attorneys for Defendant
   TARGET CORPORATION
17

18                          UNITED STATES DISTRICT COURT

19                         NORTHERN DISTRICT OF CALIFORNIA

20

21 | GOCLEAR LLC, a California limited liability company, | CASE NO. CV 08-02134 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TAKING DISCOVERY AND PRE-TRIAL DEADLINES OFF CALENDAR** |
| v. | |
| TARGET CORPORATION, a Minnesota corporation, | AND ORDER THEREON |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

1    Pursuant to Local Rules 6-2 and 7-12, plaintiff GoClear LLC ("GoClear") and defendant
2 Target Corporation ("Target"), through their respective counsel, submit the following stipulation
3 and proposed order taking all discovery and pre-trial filing deadlines off calendar in light of the
4 parties' settlement.

5    The parties have been working with the Honorable Edward A. Infante (Ret.) of JAMS
6 and have reached a settlement in principle that will resolve all outstanding claims and
7 counterclaims at issue in this case.

8    The parties are in the process of drafting a formal agreement to memorialize that
9 settlement.

10   There are presently a number of discovery and other pre-trial deadlines approaching, and
11 the parties wish to take those deadlines off calendar while the parties finalize their written
12 settlement agreement.

13   NOW, THEREFORE, the parties stipulate and agree as follows:

14   1. The non-expert discovery cutoff currently scheduled for April 17, 2009, is off
15 calendar.

16   2. The designation of the parties' experts and opening reports currently scheduled for
17 May 1, 2009, is off calendar.

18   3. The deadline for rebuttal expert reports currently scheduled for May 15, 2009, is off
19 calendar.

20   4. The expert discovery cutoff currently scheduled for May 29, 2009, is off calendar.

21   5. No later than April 27, 2009, the parties will either (i) dismiss this lawsuit pursuant to
22 a final written settlement agreement; or (ii) report back to the Court if a written agreement has

1 | not yet been finalized.

2 | IT IS SO STIPULATED

3 | Dated: April 14, 2009                                    LATHAM & WATKINS LLP

5 |                                                          By: /s/
                                                             James L. Day
                                                             Attorneys for Plaintiff
                                                             GoClear LLC

7 | Dated April 14, 2009                                     MORRISON & FOERSTER LLP

9 |                                                          By: /s/
                                                             Jennifer Lee Taylor
                                                             Attorneys for Defendant
                                                             Target Corporation

Pursuant to Northern Dist. General Order 45-X(B), I attest that concurrence in the filing of this document has been obtained from the individuals identified above.

                                                           /s/
                                                           James L. Day

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

April 15, 2009                                              _[signature]_
Date                                                        The Honorable Maxine M. Chesney