LATHAM & WATKINS LLP
  Kenneth M. Fitzgerald (Bar No. 142505)
  kenneth.fitzgerald@lw.com
600 West Broadway, Suite 1800
San Diego, California  92101
Telephone: (619) 236-1234
Facsimile:  (619) 696-7419

  James L. Day (Bar No. 197158)
  jim.day@lw.com
  Tienlon Ho (Bar No. 240997)
  tienlon.ho@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Plaintiff
GOCLEAR LLC

MORRISON & FOERSTER LLP
  Jennifer Lee Taylor (Bar No. 161368)
  JTaylor@mofo.com
  Kimberly L. Taylor (Bar No. 240483)
  KTaylor@mofo.com
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOCLEAR LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>        Defendant.<br>AND RELATED COUNTERCLAIMS. | CASE NO. CV 08-02134 MMC<br><br>**JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER** |

1  Pursuant to the Court's order of April 15, 2009 taking discovery and pre-trial deadlines
2  off calendar (Docket No. 61), plaintiff GoClear LLC ("GoClear") and defendant Target
3  Corporation ("Target"), through their respective counsel, submit the following status report and
4  stipulation regarding the parties' settlement.
5  The parties continue to engage in the process of drafting a formal agreement to
6  memorialize their settlement agreement.
7  The parties anticipate that a final written agreement will likely be executed within the
8  next week.
9  Therefore, the parties stipulation and request that the Court enter an order as follows:
10  1. All current dates and deadlines will remain unchanged.
11  2. No later than May 11, 2009, the parties will either (i) dismiss this lawsuit pursuant to a
12  final written settlement agreement; or (ii) report back to the Court if a written agreement has not
13  yet been finalized.
14  IT IS SO STIPULATED
15  Dated: April 27, 2009                    LATHAM & WATKINS LLP
16
17                                            By:___/s/_____
                                                  James L. Day
18                                                Attorneys for Plaintiff
                                                  GoClear LLC
19  Dated April 27, 2009                    MORRISON & FOERSTER LLP
20
21                                            By:___/s/_____
                                                  Jennifer Lee Taylor
22                                                Attorneys for Defendant
                                                  Target Corporation
23
24  Pursuant to Northern Dist. General Order 45-X(B), I attest that concurrence in the filing of this
25  document has been obtained from the individuals identified above.
26
27                                                ___/s/_____
                                                  James L. Day
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                              1                    STIPULATION AND PROPOSED ORDER
                                                                   Case No. CV 08-02134 MMC

1

2                                    **ORDER**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  April 29, 2009                                    _/s/ Maxine M. Chesney_
   ―――――――――――――
5  Date                                              The Honorable Maxine M. Chesney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28